**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAZMAN TURAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 3:26-cv-1468 |
| | ) |
| WARDEN MOSHANNON VALLEY ICE | ) |
| PROCESSING CENTER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

AND NOW, this 6th day of August, 2026, Petitioner having filed a Petition for Writ of Habeas Corpus (Docket No. 1) averring that Petitioner is currently detained at the Moshannon Valley Processing Center, ICE's publicly available online detainee locator system showing that Petitioner is currently detained at the South Texas ICE Processing Center when searched on August 6, 2026 by the Court, IT IS HEREBY ORDERED that, on or before August 13, 2026, the parties shall confer and file a joint status report regarding whether Petitioner was detained at Moshannon Valley Processing Center on July 30, 2026, the day the Petition was filed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record

- 1 -